# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18-cr-00293-DGK-24 |
| ) | |
| ) | |
| AMANDA L. WATSON, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

Chelsea Wilson moves this Court for leave to withdraw from representation of Amanda L. Watson.

1) Undersigned counsel has represented Ms. Watson in her Amendment 821 sentence-reduction proceeding pursuant to Chief Judge Phillips's November 3rd Standing Order.

2) On October 31, 2024, this Court entered its order denying relief.

3) Undersigned counsel has carefully reviewed this Court's order and the parties' stipulation and has determined there are no meritorious grounds on which to appeal. Counsel has informed Ms. Watson of her opinion and reasoning regarding the lack of meritorious grounds for appeal and has provided Ms. Watson with a copy of this motion to withdraw. Counsel has explained to Ms. Watson that if she nonetheless chooses to appeal, then she may file a *pro se* notice of appeal and has provided her with instructions on how and when to do so.

WHEREFORE, counsel requests leave to withdraw from representation of Ms. Watson.

Respectfully submitted,

*/s/Chelsea Wilson*
Chelsea Wilson
Assistant Federal Public Defender
1000 Walnut St., Suite 600
Kansas City, MO 64106

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, the foregoing was electronically filed and served on all parties using the Court's CM/ECF system, and a copy was mailed to the Defendant.

*/s/Chelsea Wilson*
Chelsea Wilson